# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KEVIN KASTEN,

        Plaintiff,

    v.

SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION,

        Defendant.

## JUDGMENT IN A CIVIL CASE

### Case No.: 07-cv-686-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendant.**


**THERESA M. OWENS**

_____
Theresa M. Owens, Clerk

/s/ M. Hardin

_____
by Deputy Clerk

_____6/18/08_____
Date