IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KASTEN,

    Plaintiff,

v.

SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-686-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant St. Gobain Performance Plastics Corporation granting defendant's motion for summary judgment.

_____      3/7/12
Peter Oppeneer, Clerk of Court          Date